IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESUS ESQUIVEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ENGINEERED STRUCTURES, INC.;<br>and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | CV 17 – 78 – M –DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 30th day of April, 2018.

　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　United States District Court